IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION

| | | |
|---|---|---|
| WILBERT MOBLEY, | * | |
| Petitioner, | * | |
| VS. | * | CASE NO. 6:05-CV-7 (HL)<br>Social Security Appeal |
| JO ANNE BARNHART,<br>Commissioner of Social Security, | * | |
| Respondent. | * | |

**AMENDED REPORT AND RECOMMENDATION**

The above styled Report and Recommendation filed in this action on December 7, 2005, is hereby amended by adding the attached Exhibit A as referenced in the body of said Report and Recommendation.

This 17th Day of May 2006.

S/G. MALLON FAIRCLOTH
UNITED STATES MAGISTRATE JUDGE