# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# THOMASVILLE DIVISION

| | |
|---|---|
| **WILBERT MOBLEY,** : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | |
| : | Civil Action No. 6:05-cv-7(HL) |
| **JO ANNE BARNHART,** : | Social Security Appeal |
| **Commissioner of Social Security,** : | |
| : | |
| Respondent. : | |

## **ORDER**

This matter is before the Court on the Report and Recommendation [doc 15] of United States Magistrate Judge G. Mallon Faircloth entered on December 7, 2005, as amended on May 17, 2006 [doc 16].[1]  No written objections to the Report and Recommendation have been filed, as permitted by 28 U.S.C. § 636(b)(1).[2]  The Magistrate Judge recommends that (1) the case be remanded to the Administrative Law Judge ("ALJ") for the ALJ to order an orthopedic evaluation as to Wilbert Mobley's alleged impairments; and (2) the case be remanded for further explanation by the ALJ concerning inconsistencies in the ALJ's findings as to Mobley's Residual Function Capacity and Mobley's capability of performing work.  Having considered

---

[1] The Amended Report and Recommendation did not make any substantive changes to the original Recommendation.  Rather, the Amended Report and Recommendation was filed to attach an exhibit that was referenced as an attachment in the original Recommendation but which was not included when the original document was filed.

[2] Because the Amended Report and Recommendation did not make any substantive changes to the original Recommendation, the Court will rule on the Recommendations without waiting for either party to file objections to the Amended Report and Recommendation.

the Report and Recommendation, as amended, the Court hereby accepts the same. This matter is hereby remanded to the ALJ for further administrative action, as set forth in the original Report and Recommendation.

**SO ORDERED**, this the 18th day of May, 2006.

s/    Hugh Lawson
**HUGH LAWSON, JUDGE**

mls